UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 1:20-cv-01010-DAD-GSA (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| R. DIAZ, | (Doc. No. 4) |
| Defendant. | |

Plaintiff Christopher Lipsey, Jr. is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff has not filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, nor has he paid the $400.00 filing fee.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2020, the assigned magistrate judge issued findings and recommendations recommending that the court not permit plaintiff to proceed *in forma pauperis* and that he be required to pay the filing fee in order to proceed with this action because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations in plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc. No. 4 at 4–6.)  In addition, the magistrate judge found that despite plaintiff's reference to a "28 U.S.C. § 2241 motion" in his complaint, the allegations in his complaint challenge his conditions of confinement at Kern Valley State Prison and assert a claim for violation of the Eighth

1

1  Amendment of the U.S. Constitution properly brought under 42 U.S.C. § 1983.  (*Id.* at 2–3.)
2  Accordingly, the findings and recommendations also recommend that plaintiff's 28 U.S.C. § 2241
3  motion be dismissed and that this case proceed only as a civil rights action under § 1983.  (*Id.* at
4  2.)  The pending findings and recommendations were served on plaintiff and contained notice that
5  any objections thereto were to be filed within fourteen (14) days after service.  (*Id*. at 7.)  No
6  objections have been filed and the time in which to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

      Accordingly,

1. The findings and recommendations issued on July 24, 2020 (Doc. No. 4) are adopted in full;
2. Plaintiff's 28 U.S.C. § 2241 motion is dismissed from this case, and this case shall proceed only as a civil rights action under 42 U.S.C. § 1983;
3. Within thirty days from the date of service of this order, plaintiff is required to pay in full the $400.00 filing fee for this action; and
4. Plaintiff's failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

  Dated:  **September 28, 2020**

UNITED STATES DISTRICT JUDGE